**United States Bankruptcy Court**
**Middle District of Tennessee**

IN RE:                                                    Case No. **3:15-bk-07353**

Matlock, Joseph Lee & Matlock, Rita Yvonne                Chapter **13**
_____                  _____
<span style="font-size:smaller">Debtor(s)</span>

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Certificate of mailing of Order setting hearing on Expedited Motion to Utilize Insurance proceeds**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this __**22nd**__ day of _____**March**_____ , __**2016**__ .

*/s/ Jonathan Augusta*
**Jonathan Augusta 025880**
**Law Office of Jonathan Augusta**
**731 Porter Rd**
**Nashville, TN  37206**
**(615) 600-4577  Fax: (615) 249-3448**
**derricaugusta@comcast.net**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2016, I furnished a true and correct copy of the foregoing to the following parties in interest:

Henry E. Hildebrand, III                                    Electronic
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019

Samuel Crocker, U.S. Trustee                                Electronic
318 Customs House, 701 Broadway
Nashville, TN 37203

InSolve Auto Funding, LLC c/o                U.S. mail first class
Capital Recovery Group                       Email: servicing@insolveautofunding.com
PO BOX 64090
Tucson, AZ 85728-4090

Direct Insurance                             U.S. mail first class
Attn: Pamela Armstrong                       Email: pamela.armstrong@directgeneral.com
1320 Greenway Dr. Ste 200
Irving, Tx 75038

Joseph Lee Matlock                           U.S. mail first class
905 Applevalley Rd
Madison, TN, 37115

I have sent out notices.


/s/ Jonathan Augusta
D. Jonathan Augusta



Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 3/21/2016

UNITED STATES BANKRUPTCY COURT
THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          }          Case No. 3:15-bk-07353
Joseph Lee Matlock                              }
905 Applevalley Rd                              }
Madison, TN 37115                               }          Chapter 13
SSN: xxx-xx-3728                                }
                                                }          Judge Keith Lundin
Debtor(s)                                       }

## EXPEDITED ORDER SETTING EXPEDITED HEARING

IT APPEARS to the United States Bankruptcy Court for the Middle District of Tennessee that adequate

grounds exist to set the hearing on the Expedited Motion to Utlize insurance proceeds.

IT IS THEREFORE ORDERED that the hearing is set for the __30__ day of __March__,

2016 at __8:30__ a.m. in Courtroom __1__, Second Floor, United States Bankruptcy Court for the Middle

District of Tennessee, Customs House, 701 Broadway, Nashville, Tennessee 37203.   Debtor's counsel shall

provide notice to all parties in interest.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ Jonathan Augusta
D. JONATHAN AUGUSTA BPR#25880
Attorney for Debtor
731 Porter Rd
Nashville, TN 37206
(615) 600-4577
fax: (615) 249-3448
derricaugusta@comcast.net

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| IN RE: | } | |
| Joseph & Rita Matlock | } | **Case No**. 3:15-bk-07353 |
| 905 Applevalley Rd | } | |
| Madison, TN, 37115 | } | **Chapter**: 13 |
| | } | |
| | } | Judge Keith Lundin |
| Debtor. | } | |

## EXPEDITED HEARING ON MOTION TO UTILIZE INSURANCE PROCEEDS

COMES NOW the Debtors, by and through counsel, and pursuant to Local Rule 9075, respectfully moves the Court as follows:

## I. EXPEDITED RELIEF REQUESTED

A. The Debtors move for an Order authorizing them to utilize cash collateral received from Direct Insurance in the approximate amount of $11,040.29.

B. Debtors' 2013 Kia Soul SW was totaled in an auto accident. Direct Insurance has offered $11,040.29,to pay the total loss settlement.

C. Insolve Auto Funding is the lien holder for said vehicle, and has issued a guarantee of title for $11,442.28 (as of 3/18/2016).

D. Debtor proposes to use said proceeds to pay toward the secured claim balance of Insolve Auto Funding currently in the amount of $11,442.28 (as of 3/2016).

E. The remaining balance owed to Insolve Auto Funding, estimated to be approximately $401.99 shall be paid, as modified, over the remaining life of the plan. Debtor further moves the Court to require the lien-holder, Insolve Auto Funding to release its lien on the destroyed vehicle upon this motion being granted and remit same to Direct Insurance Company in order to allow disposition of the salvage value in the destroyed vehicle.

F. Direct Insurance Company would be required to issue proceeds to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203.

G. Debtors further moves to modify their plan to adjust the remaining claim of Insolve Auto Funding

estimated to be $401.99 after the allocation of insurance proceeds would be paid with reduced monthly payments in the amount of $11.43 at 22% per month over the remaining life of the plan. The dividend to unsecured creditors would remain 20% and the base amount would be reduced from $60,050.00 to $57,419.65. The monthly attorney fee shall be reduced to $200.00.

I.   The Debtors further moves for permission to incur debt from Inland/Insolve Bank in the maximum amount of $12,672.00 at 22% and payments not to exceed $350.00 per month in order to purchase a replacement vehicle. An amended budget it attached which reflects the anticipated vehicle payment and any changes since the last budget was submitted.

J.   The Debtors attended the Trustee's Financial Management course on January 11, 2016.

K.   Debtors move that this matter be heard on an expedited basis due to the fact that the Debtor Husband needs a vehicle to commute to work and needs to replace it as quickly as possible in order to continue funding his Chapter 13 Plan and avoid expenses for a rental vehicle.

## II. SUGGESTION OF EXPEDITED HEARING DATE AND TIME

L.   The Debtors are requesting that this motion be set for expedited hearing on 3/30/2016 at 8:30 a.m. in Courtroom One of the United States Bankruptcy Court for the Middle District of Tennessee, 701 Broadway, Nashville, TN 37203.

## III.    NOTICE OF EXPEDITED HEARING

E.   Notice of this expedited motion shall be given to all parties on the Certificate of Service by either facsimile, electronic or U.S. mail first class as specified in the Certificate of Service.

WHEREFORE, the Debtors request that the Court grant this motion and approve the Debtor's request as set forth above.

Respectfully submitted,

_/s/ Jonathan Augusta _____
D. Jonathan Augusta, BPR #25880, Attorney for Debtor
731 Porter Rd
Nashville, TN 37206
(615) 600-4577
fax: (615)249-3448
derricaugusta@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on   March 18, 2016 , I furnished a true and correct copy of the foregoing to the following parties in interest:

Henry E. Hildebrand, III                                      Electronic
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203

Samuel Crocker, U.S. Trustee                               Electronic
318 Customs House, 701 Broadway
Nashville, TN 37203

Joseph & Rita Matlock                               U.S. mail first class
905 Apple valley Rd
Madison, TN, 37115

InSolve Auto Funding, LLC , c/o Capital Recovery G        U.S. Mail first Class
PO Box 64090                                           Email: servicing@insolveautofunding.com
Tucson, AZ 85728-4090

Direct Insurance                                       U.S. Mail first Class
Attn: Pamela Armstrong                                 Fax: 225-614-9890
1320 Greenway Dr. Ste 200                              Claim: 16-01998053
Irving, TX 75038


/s/ Jonathan Augusta
D. Jonathan Augusta

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:         )
            )
            ) CASE NO.
            ) CHAPTER [12 or 13]
    Debtor(s).      ) JUDGE
            )

**AMENDED MONTHLY FAMILY BUDGET**

|  | Prior Budget* | Current Budget* |
|---|---|---|
| Dates of Budgets: | _____ | _____ |

**EXPENSES**

| | | | Prior Budget* | Current Budget* |
|---|---|---|---|---|
| Rent/Mortgage Payment: | | | _____ | _____ |
| Utilities: | Prior* | Current* | | |
|  Electric: | _____ | _____ | | |
|  Water: | _____ | _____ | | |
|  Heat: | _____ | _____ | | |
|  Telephone/Internet | _____ | _____ | | |
|  Trash: | _____ | _____ | | |
|  Cable/Satellite: | _____ | _____ | | |
|  Other (_____): | _____ | _____ | | |
|  **Total Utilities:** | | | _____ | _____ |
| Food: | | | _____ | _____ |
| Clothing: | | | _____ | _____ |
| Laundry & Dry Cleaning: | | | _____ | _____ |
| Newspapers, Books, etc.: | | | _____ | _____ |
| Medical & Dental Expenses: | | | _____ | _____ |
| Transportation: | | | | |
| Insurance (not deducted from wages): | | | | |
|  Auto: | _____ | _____ | | |
|  Life: | _____ | _____ | | |
|  Home: | _____ | _____ | | |
|  Renters: | _____ | _____ | | |
|  Other (_____): | _____ | _____ | | |
|  **Total Insurance:** | | | _____ | _____ |
| | | | | |
| Taxes (not deducted from wages) | | | _____ | _____ |
| Child Support | | | _____ | _____ |
| Home Maintenance | | | _____ | _____ |
| Other Monthly Expenses (_____): | | | _____ | _____ |
| **TOTAL MONTHLY EXPENSES:** | | | _____ | _____ |

**APPENDIX B**
**AMENDED MONTHLY FAMILY BUDGET**

**INCOME**

| | Prior Budget* | Current Budget* |
|---|---|---|
| Debtor's Gross Income: | _____ | _____ |
| Spouse's Gross Income: | _____ | _____ |

Payroll Deductions:          Prior*    Current*

| | Prior* | Current* |
|---|---|---|
| Payroll Taxes: | _____ | _____ |
| 401(k): | _____ | _____ |
| Other (_____): | _____ | _____ |

| | Prior Budget* | Current Budget* |
|---|---|---|
| Total Payroll Deductions: | _____ | _____ |

Other Regular Income:

| | Prior* | Current* |
|---|---|---|
| Support/Alimony: | _____ | _____ |
| Pension/SS/VA: | _____ | _____ |
| Other (_____): | _____ | _____ |

| | Prior Budget* | Current Budget* |
|---|---|---|
| Total Other Regular Income: | _____ | _____ |

**TOTAL MONTHLY INCOME:**          _____    _____

**SUMMARY:**

| | | |
|---|---|---|
| **Total Monthly Income (from above):** | _____ | _____ |
| **minus Total Monthly Expenses (from page 1):** | _____ | _____ |
| **equals Monthly Surplus:** | _____ | _____ |

| | | |
|---|---|---|
| **Monthly Plan Payment:** | _____ | _____ |
| **Duration of Plan (months):** | _____ | _____ |
| **Dividend to Unsecured Creditors (%):** | _____ | _____ |

**Secured Creditors Affected:**

| | | |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

* Explain any increase or decrease in income, expenses, or dividend that exceeds 10%:

_____
_____
_____
_____

_____
(Debtor)

_____
(Date)

_____
(Debtor)

_____
(Date)

**APPENDIX B**
**AMENDED MONTHLY FAMILY BUDGET**

 **MARKET VALUATION SUMMARY**

*Prepared for DIRECT GENERAL GROUP OF COMPANIES*

 # REPORT SUMMARY

 ## CLAIM INFORMATION

| | |
|---|---|
| Owner | Matlock, Joseph |
| | 905 Apple Valley Rd |
| | Madison, TN 37115 |
| Loss Vehicle | 2013 Kia Soul ! 5dr Wgn Auto |
| Loss Incident Date | 02/06/2016 |
| Claim Reported | 02/12/2016 |

The CCC ONE® Market Valuation Summary reflects CCC Information Services Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by DIRECT GENERAL GROUP OF COMPANIES.

Loss vehicle has 42% greater than average mileage of 40,900.

## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 80355702 |
| Claim Reference | 16-01998053-01 |
| Adjuster | Miller, Mia'jena |
| Appraiser | Reineck, Kyle |
| Odometer | 57,935 |
| Last Updated | 02/12/2016 08:23 AM |

 ## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | $ 10,697.00 |
| **Adjusted Vehicle Value** | $ 10,697.00 |
| **Total** | **$ 10,697.00** |

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

### BASE VEHICLE VALUE

This is derived from comparable vehicle(s) available or recently available in the marketplace at the time of valuation, per our valuation methodology described on the next page.

### ADJUSTED VEHICLE VALUE

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

### Inside the Report

Valuation Methodology.............................2
Vehicle Information...................................3
Vehicle Condition.......................................6
Comparable Vehicles................................ 8

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

# VALUATION METHODOLOGY

### How was the valuation determined?



### CLAIM INSPECTION

DIRECT GENERAL GROUP OF COMPANIES has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 # VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | MADISON, TN 37115 |
| VIN | KNDJT2A6XD7761013 |
| Year | 2013 |
| Make | Kia |
| Model | Soul |
| Trim | ! |
| Body Style | 5dr Wgn Auto |
| Body Type | Station Wagon |
| Engine - | |
| Cylinders | 4 |
| Displacement | 2.0L |
| Fuel Type | Gasoline |
| Carburation | Electronic Fuel Injection |
| Transmission | Automatic Transmission |
| Curb Weight | 2778 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and condition, and to verify that the information accurately reflects the options, additional equipment, refurbishments or other aspects of the loss vehicle that may impact the value.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.


# 🚌 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | |
|---|---|
| **Odometer** | 57,935 |
| **Transmission** | Automatic Transmission |
| **Power** | Power Steering |
| | Power Brakes |
| | Power Windows |
| | Power Locks |
| | Power Mirrors |
| **Decor/Convenience** | Air Conditioning |
| | Tilt Wheel |
| | Cruise Control |
| | Rear Defogger |
| | Intermittent Wipers |
| | Keyless Entry |
| | Telescopic Wheel |
| **Seating** | Cloth Seats |
| | Bucket Seats |
| **Radio** | AM Radio |
| | FM Radio |
| | Stereo |
| | Search/Seek |
| | CD Player |
| | Steering Wheel Touch Controls |
| | Auxiliary Audio Connection |
| | Premium Radio |
| | Satellite Radio |
| **Wheels** | Aluminum/Alloy Wheels |
| **Roof** | Electric Glass Roof |
| **Safety/Brakes** | Air Bag (Driver Only) |
| | Passenger Air Bag |
| | Anti-lock Brakes (4) |
| | 4-wheel Disc Brakes |
| | Front Side Impact Air Bags |

To the left is the equipment of the loss vehicle that DIRECT GENERAL GROUP OF COMPANIES provided to CCC.

**Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

**Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 VEHICLE INFORMATION

**VEHICLE EQUIPMENT**

|  | Head/Curtain Air Bags | |
|---|---|---|
|  | Backup Camera W/ Parking Sensors | |
|  | Hands Free | |
|  | Traction Control | |
|  | Stability Control | |
| Exterior/Paint/Glass | Dual Mirrors | |
|  | Heated Mirrors | |
|  | Body Side Moldings | |
|  | Privacy Glass | |
|  | Rear Window Wiper | |
|  | Signal Integrated Mirrors | |
|  | Clearcoat Paint | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.


Owner: Matlock, Joseph
Claim: 16-01998053-01

# 🚌 VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | PRIVATE OWNER | Guideline: Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 0 |
| Carpets | PRIVATE OWNER | Guideline: Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 0 |
| Glass | PRIVATE OWNER | Guideline: Light surface scratches and/or pitting. | $ 0 |
| Dashboard | PRIVATE OWNER | Guideline: Few small scratches and/or gouges. Minimal damage to components. Light wear. | $ 0 |
| Headliner | PRIVATE OWNER | Guideline: Clean. No significant holes and/or burn marks. No significant scuffing. | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | PRIVATE OWNER | Guideline: Few dings. No rust. All panels intact and properly aligned. | $ 0 |
| Paint | PRIVATE OWNER | Guideline: Few small chips and/or scratches. No peeling and/or flaking. Minor swirl marks. Slight Fading. | $ 0 |
| Trim | PRIVATE OWNER | Guideline: No broken and/or missing components. No dents. Few dings. | $ 0 |
| **MECHANICAL** | | | |
| Engine | PRIVATE OWNER | Guideline: Minor seepage. Belts and hoses firm, show minimal wear. Minimal dirt and grease in engine compartment. | $ 0 |
| Transmission | PRIVATE OWNER | Guideline: Fluid slightly discolored. A few areas of seepage. | $ 0 |

DIRECT GENERAL GROUP OF COMPANIES uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Private Owner condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 # VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| Tires | PRIVATE OWNER | **Guideline:** **Front Tires:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) **Rear Tires:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |

Total Condition Adjustments

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.



# COMPARABLE VEHICLES

## COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 1** | | | |
| Source: Autotrader | 2013 Kia Soul ! 5dr Wgn Auto | $ 11,466 | $ 10,531 |
| Wholesale Inc. Rivergate | Odometer: 55,157 | (List!) | |
| Madison, TN | VIN: KNDJT2A67D7607214 | | |
| (615) 855-0025 | Stock #: D7607214 | | |
| 0 Miles From Madison, TN | Updated Date: 12/16/2015 | | |
| **Comp 2** | | | |
| Source: Autotrader | 2013 Kia Soul ! 5dr Wgn Auto | $ 11,266 | $ 10,463 |
| Wholesale Inc. Rivergate | Odometer: 57,471 | (List) | |
| Madison, TN | VIN: KNDJT2A60D7612058 | | |
| (615) 855-0025 | Stock #: D7612058 | | |
| 0 Miles From Madison, TN | Updated Date: 12/09/2015 | | |
| **Comp 3** | | | |
| Source: Autotrader | 2013 Kia Soul ! 5dr Wgn Auto | $ 11,662 | $ 10,642 |
| Wholesale Inc. Rivergate | Odometer: 53,758 | (List) | |
| Madison, TN | VIN: KNDJT2A63D7590895 | | |
| (615) 855-0025 | Stock #: D7590895 | | |
| 0 Miles From Madison, TN | Updated Date: 02/04/2016 | | |

Comparable vehicles used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

List Price is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

Take Price is the amount that the dealership will accept to sell the inspected vehicle, though a lower price may be obtainable through negotiation.

Distance is based upon a straight line between loss and comparable vehicle locations.

Adjusted Comparable Value represents the price of the comparable vehicle with adjustments for options, mileage, condition, and year/model/trim as compared to the loss vehicle.

A condition adjustment is also made to set the comparable vehicle to Private Owner condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**3:15-bk-07353** JOSEPH LEE MATLOCK and RITA WATKINS MATLOCK
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Keith M Lundin
**Date filed:** 10/14/2015 **Date of last filing:** 03/22/2016 **Plan confirmed:** 12/22/2015

# Creditors

**A & A IMPORTS**
604 N. GALLATIN PIKE
MADISON, TN 37115

(5963190)
(cr)

**A&A MOTORS**
ATTN: MOJTABA RABIEI
601 N. GALLATIN PIKE
Madison TN 37115

(5926439)
(cr)

**ADVANCE FINANCIAL**
1901 CHURCH STREET
Nashville TN 37203

(5926440)
(cr)

**Afni**
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington IL 61701

(5926441)
(cr)

**AMERICAN CAR CENTER**
ATTN: BOB SHIVERS, JR.
6400 WINCHESTER RD.
Memphis TN 38115-8117

(5926443)
(cr)

**AMERICAN CAR CENTER**
1425 GALLATIN PIKE N.
Madison TN 37115

(5926442)
(cr)

**American Financial**
6400 Winchester Road
Memphis, TN 38115

(5937342)
(cr)

**American InfoSource LP as agent for**
DIRECTV, LLC
PO Box 51178
Los Angeles, CA 90051-5478

(6021590)
(cr)

**AmeriCredit Financial Services, Inc. dba GM Financ**
P O Box 183853
Arlington, TX 76096

(5945088)
(cr)

**AmeriCredit Financial Services, Inc. dba GM Financ**
P O Box 183853
Arlington, TX 76096

(5954121)
(ntcapr)

**BUFFALOE & ASSOCIATES**
44 VANTAGE WAY
SUITE 500
Nashville TN 37228

(5926444)
(cr)

**CASHNET USA**
200 W. JACKSON, STE 1400
Chicago IL 60606

(5926445)
(cr)

**CashNetUSA**
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604

(5986276)
(cr)

**Colonial Auto Finance/**
802 Se Plaza Ave Ste 114
Bentonville AR 72712

(5926446)
(cr)

**Credit Acceptance**
Attn: Bankruptcy Dept
25505 West 12 Mile Rd Ste 3000
Southfield MI 48034

(5926447)
(cr)

**Credit Central**
700 E North St Ste 15
Greenville SC 29601

(5926448)
(cr)

**Credit Collections Svc**
Po Box 773
Needham MA 02494

(5926449)
(cr)

**Delbert Services/consu**
Rodney Square N 1100 N M
Wilmington DE 18901

(5926450)
(cr)

**DISCOUNT MOTORS**
ATTN: WILLIAM SHUBERT - AGENT
1108 GALLATIN PIKE N.
McMinnville TN 37110-2738

(5926451)
(cr)

**Discount Motors, Inc.**
c/o William Timothy Hill, Atty

(5977920)
(cr)

201 4th Ave N Ste 1800
Nashville, TN 37219

**DRIVE TIME**
C/O CORPORATION SERVICE COMPANY          (5926452)
2908 POSTON AVE.                         (cr)
Nashville TN 37203-1312

**DT Credit Company LLC**
PO Box 29018                             (6011721)
Phoenix, AZ 85038                        (cr)

**ELIZABETH MATLOCK**
3908 TUCKER RD.                          (5926453)
Nashville TN 37218                       (cr)

**First Premier Bank**
3820 N Louise Ave                        (5926454)
Sioux Falls SD 57107                     (cr)

**Gm Financial**
Po Box 181145                            (5926455)
Arlington TX 76096                       (cr)

**HEIGHTS FINANCE**
C/O NATIONAL REGISTERED AGENTS, INC.     (5926456)
800 GAY STREET, STE. 2021                (cr)
Knoxville TN 37929-9710

**Heights Finance Corp**
1117 Columbia Ave Ste B                  (5926457)
Franklin TN 37064                        (cr)

**HEIGHTS FINANCE CORP.**
366 WEST MAIN STREET SUTIE 5B            (5959105)
HENDERSONVILLE TN 37075                  (cr)

**HSBC CARD SERVICES**
P.O. BOX 5253                            (5926458)
Carol Stream IL 60197-5222               (cr)

**InSolve Auto Funding, LLC , c/o Capital Recovery G**
PO Box 64090                             (6000887)
Tucson, AZ 85728-4090                    (cr)

**INTERNAL REVENUE SERVICE**
CENTRALIZED INSOLVENCY OPERATION         (5926459)
P.O. BOX 7346                            (cr)
Philadelphia PA 19101-7346

**INTERNAL REVENUE SERVICE**
801 BROADWAY
Nashville TN 37203

(5926460)
(cr)

**National Credit Adjusters, LLC**
Attn: Michael Swanson
PO BOX 3023
Hutchinson, KS 67504

(6024090)
(cr)

**Navient**
Po Box 9500
Wilkes Barre PA 18773

(5926461)
(cr)

**Navient Solutions, Inc. on behalf of**
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes Barre, PA 18773-9430

(5967065)
(cr)

**Portfolio Recovery**
Attn: Bankruptcy
Po Box 41067
Norfolk VA 23541

(5926462)
(cr)

**PORTFOLIO RECOVERY**
ATTN: NATHAN HORTON, ESQ.
120 CORPORATE BLVD.
Norfolk VA 23502

(5926463)
(cr)

**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541

(5956002)
(cr)

**Premier Bankcard, Llc**
c o Jefferson Capital Systems LLC
Po Box 953185
St Louis Mo 63195-3185

(5996116)
(cr)

**PURE ROMANCE**
655 PLUM ST.
Cincinnati OH 45202

(5926464)
(cr)

**SKY TRAIL CASH - Ningodwaaswi, LLC**
PO BOX 1115
Lac Du Flambeau WI 54538

(5926465)
(cr)

**Stellar Recovery Inc**
4500 Salisbury Rd Ste 10
Jacksonville FL 32216

(5926466)
(cr)

**SUN LOAN**
C/O CAPITOL CORPORATE SERVICES          (5926467)
992 DAVIDSON DR, STE B                  (cr)
Nashville TN 37205

**Sun Loans**                           (5926468)
620 Gallatin Pike                       (cr)
Madison TN 37115

**WESTERN SKY FINANCIAL**               (5926469)
612 EAST STREET                         (cr)
Timber Lake SD 57656