
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 4/28/2016



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | |
| Joseph & Rita Matlock } | **Case No**. 3:15-bk-07353 |
| 905 Applevalley Rd } | |
| Madison, TN, 37115 } | **Chapter**: 13 |
| } | |
| } | Judge Keith Lundin |
| } | |
| Debtor. } | |

## AGREED ORDER MOTION TO UTILIZE INSURANCE PROCEEDS

This matter came before the United States Bankruptcy Court for the Middle District of Tennessee, the Honorable Judge Keith Lundin presiding on the Expedited Motion to Utilize Insurance Proceeds filed by the Debtor. As evidenced by the signatures of both counsel herein below, it is agreed and ORDERED as follows:

1. The Debtor shall be authorized to utilize cash collateral received from Direct Insurance in the approximate amount of $11,040.29 less the Chapter 13 Trustee's Fee.

2. Debtor shall be allowed to use the balance of said proceeds in the approximate amount of $10,488.28 to pay toward the secured claim balance of Insolve Auto Funding currently in the amount of $12,096.61 (as of 4/2016).

3. The remaining balance owed to Insolve Auto Funding of approximately $1,608.33 shall be paid, as modified, over the remaining life of the plan.

4. Insolve Auto Funding shall release its lien on the destroyed vehicle and remit title to Direct Insurance Company in order to allow disposition of the salvage value in the destroyed vehicle.

5. Direct Insurance Company would be required to issue proceeds to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203.

6. Debtors' plan shall be modified to adjust the remaining claim of Insolve Auto Funding of $1608.33 after the allocation of insurance proceeds have been paid with reduced monthly payments in the amount of $46.18 at 22% per month over the remaining life of the plan.

7. The monthly attorney fee shall be reduced to $200.00.

8. The Debtors shall be allowed to incur debt from Inland/Insolve Bank in the maximum amount of $12,672.00 at 22% and payments not to exceed approximately $350.00 per month in order to purchase a replacement vehicle.

IT IS THEREFORE ORDERED that the Debtors expedited motion to utilize insurance proceeds and incur debt is hereby granted.

ENTERED this _____ day of _____, 2016.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

/s/ Jonathan Augusta_____
D. Jonathan Augusta, BPR #25880
Attorney for Debtor
731 Porter Rd
Nashville, TN 37206
(615) 600-4577
derricaugusta@comcast.net

/s/ Henry E. Hildebrand, III
_____
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203-0019
615-244-1101
pleadings@ch13nsh.com

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13 trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2016.04.27 07:24:30 -05'00'

## CERTIFICATE OF SERVICE

 I hereby certify that on April 26, 2016, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| Samuel Crocker, U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Joseph & Rita Matlock<br>905 Apple valley Rd<br>Madison, TN, 37115 | U.S. mail first class |
| InSolve Auto Funding, LLC , c/o Capital Recovery G<br>PO Box 64090<br>Tucson, AZ 85728-4090 | U.S. Mail first Class<br>Email: servicing@insolveautofunding.com |
| Direct Insurance<br>Attn: Pamela Armstrong<br>1320 Greenway Dr. Ste 200<br>Irving, TX 75038 | U.S. Mail first Class<br>Fax: 225-614-9890<br>Claim: 16-01998053 |

 /s/ Jonathan Augusta
 D. Jonathan Augusta

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.