IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | |
| Joseph & Rita Watkins Matlock | } | **Case No**. 3:15-bk-07353 |
| 905 Applevalley Rd | } | |
| Madison, TN, 37115 | } | **Chapter**: 13 |
| | } | |
| | } | Judge Charles Walker |
| | } | |
| Debtor. | } | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:  4/9/2018**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** 4/25/2018 in Courtroom 1, Second Floor, Customs House, 701 Broadway, Nashville, TN 37203

<u>NOTICE OF MOTION FOR SUSPENSION OF PAYMENTS FOR DEBTOR ONLY</u>

The Debtor has asked the Court for the following relief:  Motion for Suspension of Payments for Debtor Only

YOUR RIGHTS MAY BE AFFECTED.

If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before 4/9/2018 , you or your attorney must:

1. File with the court your written response or objection explaining your position at:

   By Mail:   U.S. Bankruptcy Court, P.O. Box 24890, Nashville, TN  37202-489090
   In Person:   U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
   (Monday- Friday, 8:00 a.m. – 4:00 p.m.)

2. Your responses must state that the deadline for filing responses is 4/9/2018:   the date of the scheduled hearing is 4/25/2018:   and the motion to which you are responding is: Motion for Suspension of Payments for Debtor only. If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3. You must also mail a copy of your response to:

   Jonathan Augusta, 731 Porter Rd, Nashville, TN 37206, and see Certificate of Service for additional parties to serve (attached hereto)

If a timely response is filed, the hearing will be held at the time and place indicated above.  *THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE*.  You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584  or viewing the case on the Court's web site at www.tnmb.uscourts.gov. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

| | | |
|---|---|---|
| Date: Sunday, March 18, 2018 | Signature: | */s/ Jonathan Augusta*_____ |
| | Name: | Law Offices of Jonathan Augusta |
| | Address: | 731 Porter Rd, Nashville, TN 37206, |
| | Email: | derricaugusta@comcast.net |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>Joseph & Rita Watkins Matlock<br>905 Applevalley Rd<br>Madison, TN, 37115<br><br>Debtor. | Case No. 3:15-bk-07353<br><br>Chapter: 13<br><br>Judge Charles Walker |

## MOTION FOR SUSPENSION OF PAYMENTS FOR DEBTOR ONLY AND NOTICE OF PROPOSED ACTION

COMES NOW the DebtorS, by and through counsel, pursuant to 11 U.S.C. § 1323 and would request that the Court enter an order allowing the Debtor, Joseph Matlock, to suspend his Chapter 13 plan payments for February 2018, March 2018, April 2018.

The Debtors' Chapter 13 proceeding was filed on 10/14/2015, and a plan was confirmed paying a dividend of 20% to unsecured creditors.

As grounds, the Debtors' counsel would submit that:

1. The Debtor, Joseph Matlock, is seeking permission to suspend their Chapter 13 plan payment to reflect a reduction in his income.

2. The Debtor is currently going through treatments for prostate cancer and is temporarily unable to work. The Debtor spouse, Rita Watkins Matlock, would like to continue funding the plan through her husband's suspension period.

3. An amended budget is attached hereto along with a certification of the Debtors in support of the feasibility of this motion.

4. The Debtor, Joseph Matlock, proposes to surrender all future income tax refunds to the Chapter 13 Trustee for as long as the bankruptcy is active.

5. The Debtor, Joseph Matlock, shall attend a Money Management Workshop at the Office of the Chapter 13 Trustee within 45 days from completion of the suspension period.

6. Should the Debtor fail to make timely payments in accordance with the confirmation order following the suspension of payments, the Debtors Chapter 13 plan shall be dismissed upon application by the Chapter 13 Trustee without further notice of a court hearing.

## STATEMENT OF IMPACT

7. Following the suspension period the Debtor's, Joseph Matlock, Chapter 13 plan payment shall remain at $ 150.00 Bi-Weekly.

8. During the suspension period, the Debtor-Spouse's, Rita Watkins Matlock, chapter 13 plan payment shall remain at $312.25 Bi-Weekly.

9. The dividend shall remain the same at 20%.

10. The base shall remain the same.

11. There shall be no change in treatment to other secured creditors.

12. No other terms of the confirmation order shall be affected by this modification.

Respectfully submitted,

_/s/ Jonathan Augusta_____
D. Jonathan Augusta, BPR #25880, Attorney for Debtor
731 Porter Rd
Nashville, TN 37206
(615) 600-4577
fax: (615)249-3448
derricaugusta@comcast.net

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:                              )
                                    )
                                    )   CASE NO.
                                    )   CHAPTER [12 or 13]
Debtor(s).                          )   JUDGE
                                    )

## AMENDED MONTHLY FAMILY BUDGET

|  | Prior Budget* | Current Budget* |
|---|---|---|
| Dates of Budgets: | _____ | _____ |

**EXPENSES**

Rent/Mortgage Payment:                                              _____   _____

| Utilities: | Prior* | Current* |
|---|---|---|
| Electric: | _____ | _____ |
| Water: | _____ | _____ |
| Heat: | _____ | _____ |
| Telephone/Internet | _____ | _____ |
| Trash: | _____ | _____ |
| Cable/Satellite: | _____ | _____ |
| Other (_____): | _____ | _____ |

**Total Utilities:**                                                _____   _____
Food:                                                               _____   _____
Clothing:                                                           _____   _____
Laundry & Dry Cleaning:                                             _____   _____
Newspapers, Books, etc.:                                            _____   _____
Medical & Dental Expenses:                                          _____   _____
Transportation:
Insurance (not deducted from wages):

| Auto: | _____ | _____ |
|---|---|---|
| Life: | _____ | _____ |
| Home: | _____ | _____ |
| Renters: | _____ | _____ |
| Other (_____): | _____ | _____ |

**Total Insurance:**                                                _____   _____

Taxes (not deducted from wages)                                     _____   _____
Child Support                                                       _____   _____
Home Maintenance                                                    _____   _____
Other Monthly Expenses (_____):                      _____   _____

**TOTAL MONTHLY EXPENSES:**                                         _____   _____


APPENDIX B
AMENDED MONTHLY FAMILY BUDGET

| | Prior Budget* | Current Budget* |
|---|---|---|

**INCOME**
Debtor's Gross Income: _____ _____
Spouse's Gross Income: _____ _____
Payroll Deductions:          Prior*   Current*
    Payroll Taxes:    _____   _____
    401(k):           _____   _____
    Other (_____): _____   _____
    Total Payroll Deductions: _____ _____
Other Regular Income:
    Support/Alimony:  _____   _____
    Pension/SS/VA:    _____   _____
    Other (_____): _____   _____
    Total Other Regular Income: _____ _____

**TOTAL MONTHLY INCOME:** _____ _____

**SUMMARY:**
**Total Monthly Income (from above):** _____ _____
**minus Total Monthly Expenses (from page 1):** _____ _____
**equals Monthly Surplus:** _____ _____

**Monthly Plan Payment:** _____ _____
**Duration of Plan (months):** _____ _____
**Dividend to Unsecured Creditors (%):** _____ _____
**Secured Creditors Affected:**
   _____ _____ _____
   _____ _____ _____

\* Explain any increase or decrease in income, expenses, or dividend that exceeds 10%:
_____
_____
_____
_____

_____
(Debtor)

_____
(Date)

_____
(Debtor)

_____
(Date)

APPENDIX B
AMENDED MONTHLY FAMILY BUDGET

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

# DRAFT

| | |
|---|---|
| IN RE: } | |
| Joseph & Rita Watkins Matlock } | **Case No**. 3:15-bk-07353 |
| 905 Applevalley Rd } | |
| Madison, TN, 37115 } | **Chapter**: 13 |
| SSN: XXX-XX-3728 } | |
| } | Judge Charles Walker |
| Debtor(s). } | |
| } | |

**PROPOSED ORDER GRANTING MOTION FOR SUSPENSION OF PAYMENTS FOR DEBTOR ONLY**

It appears to the United States Bankruptcy Court for the Middle District of Tennessee that the Debtors filed a Motion for Suspension of Payments for the Debtor only and notice of said motion has been given pursuant to L.B.R. 9013-1 to all parties in interest. It further appears to the Court that twenty one(21) days have elapsed since the date of service of the motion and no responses have been forthcoming from any party in interest.

It is therefore ORDERED as follows:

1. The Debtor, Joseph Matlock, shall be permitted to suspend his Chapter 13 payments for February 2018, March 2018, April 2018

2. Following the suspension period the Debtor's Chapter 13 plan payment shall remain $ 150.00 Bi-Weekly.

3. During the suspension period, the Debtor-Spouse's, Rita Watkins Matlock, chapter 13 plan payment shall remain at $312.25 Bi-Weekly.

4. The dividend shall remain the same at 20 %.

5. The base shall remain the same.

6. The Debtor, Joseph Matlock, shall surrender all future income tax refunds to the Chapter 13 Trustee for as long as the bankruptcy is active.

7. Base shall be increase by these future tax refunds.

8. The Debtor, Joseph Matlock, shall attend a Money Management Workshop at the Office of the Chapter 13 Trustee within 45 days from the completion of the suspension period.

9. Should the Debtor fail to make timely payments in accordance with the confirmation order following the suspension of payments, the Debtors' Chapter 13 plan shall be dismissed upon application by the Chapter 13 Trustee without further notice of a court hearing.

10. There shall be no change in treatment to other secured creditors.

11. No other terms of the confirmation order shall be affected by this modification.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page*

_/s/ Jonathan Augusta_____
D. Jonathan Augusta, BPR #25880, Attorney for Debtor
731 Porter Rd
Nashville, TN 37206
(615) 600-4577
fax: (615)249-3448
derricaugusta@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on Sunday, March 18, 2018 I furnished a true and correct copy of the foregoing to the following parties in interest:

<u>Electronic</u>
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203

<u>Electronic</u>
**Sam Crocker**, U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

<u>U.S. Mail First Class</u>
 Joseph & Rita Watkins Matlock
 905 Applevalley Rd
Madison, TN, 37115


                                   */s/Jonathan Augusta*
                                      Jonathan Augusta

**3:15-bk-07353** JOSEPH LEE MATLOCK and RITA WATKINS MATLOCK
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Keith M Lundin
**Date filed:** 10/14/2015 **Date of last filing:** 03/22/2016 **Plan confirmed:** 12/22/2015

# Creditors

| | |
|---|---|
| **A & A IMPORTS**<br>604 N. GALLATIN PIKE<br>MADISON, TN 37115 | (5963190)<br>(cr) |
| **A&A MOTORS**<br>ATTN: MOJTABA RABIEI<br>601 N. GALLATIN PIKE<br>Madison TN 37115 | (5926439)<br>(cr) |
| **ADVANCE FINANCIAL**<br>1901 CHURCH STREET<br>Nashville TN 37203 | (5926440)<br>(cr) |
| **Afni**<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington IL 61701 | (5926441)<br>(cr) |
| **AMERICAN CAR CENTER**<br>ATTN: BOB SHIVERS, JR.<br>6400 WINCHESTER RD.<br>Memphis TN 38115-8117 | (5926443)<br>(cr) |
| **AMERICAN CAR CENTER**<br>1425 GALLATIN PIKE N.<br>Madison TN 37115 | (5926442)<br>(cr) |
| **American Financial**<br>6400 Winchester Road<br>Memphis, TN 38115 | (5937342)<br>(cr) |
| **American InfoSource LP as agent for**<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | (6021590)<br>(cr) |

**AmeriCredit Financial Services, Inc. dba GM Financ**  
P O Box 183853  
Arlington, TX 76096

(5945088)  
(cr)

**AmeriCredit Financial Services, Inc. dba GM Financ**  
P O Box 183853  
Arlington, TX 76096

(5954121)  
(ntcapr)

**BUFFALOE & ASSOCIATES**  
44 VANTAGE WAY  
SUITE 500  
Nashville TN 37228

(5926444)  
(cr)

**CASHNET USA**  
200 W. JACKSON, STE 1400  
Chicago IL 60606

(5926445)  
(cr)

**CashNetUSA**  
175 W Jackson Blvd  
Suite 1000  
Chicago, IL 60604

(5986276)  
(cr)

**Colonial Auto Finance/**  
802 Se Plaza Ave Ste 114  
Bentonville AR 72712

(5926446)  
(cr)

**Credit Acceptance**  
Attn: Bankruptcy Dept  
25505 West 12 Mile Rd Ste 3000  
Southfield MI 48034

(5926447)  
(cr)

**Credit Central**  
700 E North St Ste 15  
Greenville SC 29601

(5926448)  
(cr)

**Credit Collections Svc**  
Po Box 773  
Needham MA 02494

(5926449)  
(cr)

**Delbert Services/consu**  
Rodney Square N 1100 N M  
Wilmington DE 18901

(5926450)  
(cr)

**DISCOUNT MOTORS**  
ATTN: WILLIAM SHUBERT - AGENT  
1108 GALLATIN PIKE N.  
McMinnville TN 37110-2738

(5926451)  
(cr)

**Discount Motors, Inc.**  
c/o William Timothy Hill, Atty

(5977920)  
(cr)

201 4th Ave N Ste 1800
Nashville, TN 37219

**DRIVE TIME**
C/O CORPORATION SERVICE COMPANY (5926452)
2908 POSTON AVE. (cr)
Nashville TN 37203-1312

**DT Credit Company LLC**
PO Box 29018 (6011721)
Phoenix, AZ 85038 (cr)

**ELIZABETH MATLOCK**
3908 TUCKER RD. (5926453)
Nashville TN 37218 (cr)

**First Premier Bank**
3820 N Louise Ave (5926454)
Sioux Falls SD 57107 (cr)

**Gm Financial**
Po Box 181145 (5926455)
Arlington TX 76096 (cr)

**HEIGHTS FINANCE**
C/O NATIONAL REGISTERED AGENTS, INC. (5926456)
800 GAY STREET, STE. 2021 (cr)
Knoxville TN 37929-9710

**Heights Finance Corp**
1117 Columbia Ave Ste B (5926457)
Franklin TN 37064 (cr)

**HEIGHTS FINANCE CORP.**
366 WEST MAIN STREET SUTIE 5B (5959105)
HENDERSONVILLE TN 37075 (cr)

**HSBC CARD SERVICES**
P.O. BOX 5253 (5926458)
Carol Stream IL 60197-5222 (cr)

**InSolve Auto Funding, LLC , c/o Capital Recovery G**
PO Box 64090 (6000887)
Tucson, AZ 85728-4090 (cr)

**INTERNAL REVENUE SERVICE**
CENTRALIZED INSOLVENCY OPERATION (5926459)
P.O. BOX 7346 (cr)
Philadelphia PA 19101-7346

| | |
|---|---|
| **INTERNAL REVENUE SERVICE**<br>801 BROADWAY<br>Nashville TN 37203 | (5926460)<br>(cr) |
| **National Credit Adjusters, LLC**<br>Attn: Michael Swanson<br>PO BOX 3023<br>Hutchinson, KS 67504 | (6024090)<br>(cr) |
| **Navient**<br>Po Box 9500<br>Wilkes Barre PA 18773 | (5926461)<br>(cr) |
| **Navient Solutions, Inc. on behalf of**<br>United Student Aid Funds, Inc.<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 | (5967065)<br>(cr) |
| **Portfolio Recovery**<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk VA 23541 | (5926462)<br>(cr) |
| **PORTFOLIO RECOVERY**<br>ATTN: NATHAN HORTON, ESQ.<br>120 CORPORATE BLVD.<br>Norfolk VA 23502 | (5926463)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>POB 12914<br>Norfolk VA 23541 | (5956002)<br>(cr) |
| **Premier Bankcard, Llc**<br>c o Jefferson Capital Systems LLC<br>Po Box 953185<br>St Louis Mo 63195-3185 | (5996116)<br>(cr) |
| **PURE ROMANCE**<br>655 PLUM ST.<br>Cincinnati OH 45202 | (5926464)<br>(cr) |
| **SKY TRAIL CASH - Ningodwaaswi, LLC**<br>PO BOX 1115<br>Lac Du Flambeau WI 54538 | (5926465)<br>(cr) |
| **Stellar Recovery Inc**<br>4500 Salisbury Rd Ste 10<br>Jacksonville FL 32216 | (5926466)<br>(cr) |

**SUN LOAN**
C/O CAPITOL CORPORATE SERVICES (5926467)
992 DAVIDSON DR, STE B (cr)
Nashville TN 37205

**Sun Loans**
620 Gallatin Pike (5926468)
Madison TN 37115 (cr)

**WESTERN SKY FINANCIAL**
612 EAST STREET (5926469)
Timber Lake SD 57656 (cr)