Charles M. Walker
U.S. Bankruptcy Judge
Dated: 4/18/2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>Joseph & Rita Watkins Matlock<br>905 Applevalley Rd<br>Madison, TN, 37115<br>SSN: XXX-XX-3728<br><br>Debtor(s). | Case No. 3:15-bk-07353<br><br>Chapter: 13<br><br>Judge Charles Walker |

## ORDER GRANTING MOTION FOR SUSPENSION OF PAYMENTS FOR DEBTOR ONLY

It appears to the United States Bankruptcy Court for the Middle District of Tennessee that the Debtors filed a Motion for Suspension of Payments for the Debtor only and notice of said motion has been given pursuant to L.B.R. 9013-1 to all parties in interest. It further appears to the Court that twenty one(21) days have elapsed since the date of service of the motion and no responses have been forthcoming from any party in interest.

It is therefore ORDERED as follows:

1. The Debtor, Joseph Matlock, shall be permitted to suspend his Chapter 13 payments for February 2018, March 2018, April 2018

2. Following the suspension period the Debtor's Chapter 13 plan payment shall remain $ 150.00 Bi-Weekly.

3. During the suspension period, the Debtor-Spouse's, Rita Watkins Matlock, chapter 13 plan payment shall remain at $312.25 Bi-Weekly.

4. The dividend shall remain the same at 20 %.

5. The base shall remain the same.

6. The Debtors shall surrender all future income tax refunds to the Chapter 13 Trustee for as long as the bankruptcy is active.

7. The Debtor, Joseph Matlock, shall attend a Money Management Workshop at the Office of the Chapter 13 Trustee within 45 days from the completion of the suspension period.

8. Should the Debtor fail to make timely payments in accordance with the confirmation order following the suspension of payments, the Debtors' Chapter 13 plan shall be dismissed upon application by the Chapter 13 Trustee without further notice of a court hearing.

9. There shall be no change in treatment to other secured creditors.

10. No other terms of the confirmation order shall be affected by this modification.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page*

  /s/ Jonathan Augusta  
D. Jonathan Augusta, BPR #25880, Attorney for Debtor
731 Porter Rd
Nashville, TN 37206
(615) 600-4577
fax: (615)249-3448
derricaugusta@comcast.net

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.