

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/13/2020

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE. | } | |
| Joseph & Rita Matlock | } | Case No. 3:15-bk-07353 |
| 212 E Clark Blvd | } | |
| Murfreesboro, TN, 37130-2105 | } | Chapter: 13 |
| | } | |
| | } | Judge Charles Walker |
| | } | |
| Debtor(s). | } | |
| | } | |

## ORDER GRANTING DEBTOR'S EXPEDITED MOTION FOR DEBTOR TO UTILIZE INSURANCE PROCEEDS

THIS CAUSE CAME TO BE HEARD on January 8, 2020 , upon the Expedited Motion to Utilize Insurance Proceeds filed by the Debtors. At the call of the docket the Court found that there was no objection to said motion and that the motion is well taken and shall be GRANTED as follows:

1. The Debtors shall be authorized to utilize insurance proceeds insurance proceeds received from Geico insurance in the approximate amount of $5,020.00 to purchase a replacement vehicle without incurring debt.

2. Debtors 2013 Dodge Avenger was totaled in an auto accident. Geico insurance has offered $5,020.00, less the deductible to pay the total loss settlement.

3. Insolve Auto Funding is the lien holder for said vehicle, and has issued a guarantee of title for $1,397.40. Pursuant to the Chapter 13 trustee's records, Insolve has $693.00 remaining to be paid under the plan.

4. The Debtors shall be permitted to utilize the insurance proceeds to payoff the secured claim of Insolve Banking in the amount of $1,397.40.

5. They shall be allowed to utilize the remainder of the insurance proceeds in the amount of $3,622.60 to purchase a substitute vehicle free and clear of any liens.

6. Geico Insurance shall issue a check in the amount of $ 693.00 to the Chapter 13 Trustee to pay the secured balance under the plan of Insolve Bank.

Case 3:15-bk-07353    Doc 85    Filed 01/13/20    Entered 01/13/20 16:26:35    Desc Main
Document    Page 1 of 2

7. Geico Insurance shall issue a second check for $704.40, directly to Insolve Auto Funding c/o Wayfinder Bk, LLC, Dept 3403, PO BOX 123403, Dallas, TX 75312-3403 to pay the remaining long term balance owed to Insolve Auto Funding. Upon receipt of the funds from Geico and the Chapter 13 trustee's office, Insolve Auto Funding shall release the lien to Geico insurance.

8. Geico Insurance shall issue a third check for $ 3,622.60, the remainder of the net settlement proceeds, directly to the Debtor to purchase a substitute vehicle free and clear of liens.

9. No additional funds shall be disbursed by the Trustee to Insolve Auto Funding.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page*

APPROVED FOR ENTRY:

_/s/ Jonathan Augusta_____
D. Jonathan Augusta, BPR #25880,
Attorney for Debtor
731 Porter Rd
Nashville, TN 37206
(615) 600-4577
fax: (615)249-3448
derricaugusta@comcast.net

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:15-bk-07353    Doc 85    Filed 01/13/20    Entered 01/13/20 16:20:35    Desc Main Document    Page 2 of 2